**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**

Eastern District of Kentucky
**FILED**
Oct - 31 2025
Robert R. Carr
Clerk, U.S. District Court

**IN THE MATTER OF PRETERMISSION OF PIKEVILLE AS A PLACE OF HOLDING COURT IN THE EASTERN DISTRICT OF KENTUCKY**

**GENERAL ORDER 25-15**

*** *** *** ***

Upon the Court's own motion, and it appearing that by Order dated September 17, 2025, subject to the consent of the Judicial Council of the Sixth Circuit, that all further business of the United States District Court for the Eastern District of Kentucky at Pikeville was ordered pretermitted,

It further appearing that the Hon. Jeffrey S. Sutton, Chief Judge of the United States Court of Appeals for the Sixth Circuit on October 29, 2025, made Certification of Consent of the Judicial Council for the Sixth Circuit for the pretermission of all further business of the United States District Court for the Eastern District of Kentucky at Pikeville pursuant to 28 U.S.C. § 140(a), and the Court being otherwise sufficiently advised,

**IT IS ORDERED HEREIN AS FOLLOWS**:

1. **That effective December 31, 2025**, all business of the United States District Court for the Eastern District of Kentucky at Pikeville, be, and the same hereby is, **pretermitted**;

2. That all **pending cases at Pikeville** be transferred to and docketed upon the regular docket of the Ashland and London Division of the Court as follows:

(a) If arising in **Johnson, Magoffin or Martin Counties**, Kentucky, to the **Ashland Division**;

(b) If arising in **Pike, Letcher, Floyd or Knott Counties**, Kentucky, to the **London Division**.

3. That all matters filed **on or after January 1, 2026** shall be assigned as follows:

(a) If arising in **Johnson, Magoffin or Martin Counties**, Kentucky, such cases shall be filed at the **Ashland Division** of the Court;

(b) If arising in **Pike, Letcher, Floyd or Knott Counties**, Kentucky, such cases shall be filed at the **London Division** of the Court.

4. That **Johnson, Magoffin and Martin Counties**, Kentucky are hereby **transferred** to and shall constitute one of the counties serving and served by the **Ashland Division** of the Court for all purposes;

5. That **Pike, Letcher, Floyd and Knott Counties**, Kentucky are hereby **transferred** to and shall constitute one of the counties serving and served by the **London Division** of the Court for all purposes

This 31st day of October, 2025.

**Signed By:**

***David L. Bunning*** DB

**Chief United States District Judge**

**CERTIFICATION OF CONSENT**

This is to certify that, in accordance with 28 U.S.C. § 140(a), the foregoing order pretermitting all further business of the United States District Court for the Eastern District of Kentucky at Pikeville has been duly received and consented to by the Judicial Council for the Sixth Circuit of the United States.

This 29th day of October 2025.

Jeffrey S. Sutton, Chief Judge
United States Court of Appeals for the
Sixth Circuit